United States District Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-CV-44 |
| | § | |
| 2011 KENWORTH T660 TRACTOR | § | |
| VIN 1XKAD49X6BJ296014 | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Government's Motion for Default Judgment and Entry of Final Order of Forfeiture (Dkt. No. 13), which the Undersigned referred to United States Magistrate Judge Christopher dos Santos for a report and recommendation (Dkt. No. 14). In his report and recommendation, Judge dos Santos recommends that the Court grant the motion for final default judgment and enter an order of forfeiture of the seized tractor (Dkt. No. 15 at 12). The Government filed a statement of no objection to the report and recommendation (Dkt. No. 16). The time for filing objections has passed, and no other responses were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation for clear error. *See Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021) (per curiam). Finding none, the Court hereby **ADOPTS IN WHOLE** the report and recommendation (Dkt. No. 15). Accordingly, the Government's motion for final default judgment against the 2011 Kenworth T660 Tractor VIN 1XKAD49X6BJ296014 (Dkt. No. 13) is **GRANTED**. The Defendant vehicle is **FORFEITED** to the United States pursuant to 21 U.S.C. § 881(a)(4), to be

disposed of according to law. The Court will enter a Final Order of Forfeiture under separate cover. *See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** September 12, 2024.

_____
Marina Garcia Marmolejo
United States District Judge